IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case No.  2:19-cv-14288-KMM-Moore

SFR SERVICES L.L.C. (a/a/o KVZ
Golf, LLC d/b/a Palm Cove Golf and
Yacht Club),

    Plaintiff,

v.

COLONY INSURANCE COMPANY,

    Defendant.
_____/

## *NOTICE OF SETTLEMENT*

The parties hereby notify the Court that this case has settled. The parties request 30 days to submit a joint stipulation of dismissal with prejudice and proposed dismissal order.

                                        Respectfully submitted,

                                        GOODMAN MCGUFFEY LLP
                                        *Attorneys for Colony Insurance Company*

                                        /s/ Robert M. Darroch
                                        ROBERT M. DARROCH
                                        Florida Bar No.  304646
                                        rdarroch@GM-LLP.com

6751 Professional Parkway, Suite 103
Sarasota, FL  34240-8449
(941) 953-4411 Phone
(941) 953-4410 Fax

## CERTIFICATE OF SERVICE

**I hereby certify** that on October 6, 2021, a true and correct copy of the foregoing *Notice of Settlement* was served using the CM/ECF system which will automatically send e-mail notification of such on all counsel or parties of record on the Service List below.

/s/ Robert M. Darroch
ROBERT M. DARROCH
Florida Bar No.  304646
rdarroch@GM-LLP.com
6751 Professional Parkway, Suite 103
Sarasota, FL  34240-8449
(941) 953-4411 Phone
(941) 953-4410 Fax
*Attorneys for Colony Insurance Company*

## SERVICE LIST

**JUSTIN L. WARREN, ESQ.**
Florida Bar No.: 1001006
**ARNESEN WEBB, PLLC**
*Attorneys for Plaintiff*
197 South Federal Highway, Ste. 300
Boca Raton, FL 33432
T: (561)-757-6000
F: (877)-241-2411
eservice@insurancelawyers.org
justin@insurancelawyers.org
paris@insurancelawyers.org