IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 2:19-CV-14288-KMM

SFR SERVICES L.L.C., (a/a/o KVZ Golf
LLC d/b/a Palm Cove Golf and Yacht Club),

        Plaintiff,

vs.

COLONY SPECIALTY INSURANCE
COMPANY,

        Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties, by counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree pursuant to a certain settlement in this matter to dismiss all claims asserted or which could have been asserted in this action against Defendant with prejudice.

**DATED**: November 19, 2021.

Respectfully submitted by the following:

| | |
|---|---|
| __/s/ Justin L. Warren_____ | ___/s/ Robert M. Darroch_____ |
| **Justin L. Warren, Esquire** | **Robert M. Darroch, Esquire** |
| Fla. Bar. No.: 1001006 | Fla. Bar No. 304646 |
| Arnesen Webb, PLLC | GOODMAN MCGUFFEY, LLP |
| 40 SE 5th St., Ste. 600 | 6751 Professional Parkway West, |
| Boca Raton, FL  33432 | Ste. 103 |
| Telephone: (561) 757-6000 | Sarasota, FL 34240-8449 |
| justin@insurancelawyers.org | rdarroach@gm-llp.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

SFR SERVICES L.L.C. v. COLONY SPECIALTY INS. CO.
Case No.: 2:19-CV-14288-KMM
Joint Pre Trial Stipulation

*/s/ Adam M. Balkan*

---

**Adam M. Balkan, Esquire**
Fla. Bar. No. 0044880
Balkan and Patterson, LLP
1877 South Federal Highway, Suite 100
Boca Raton, FL  33432
Telephone:     (561) 750-9191
adam@balkanpatterson.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2020, that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

By____*/s/ Justin L. Warren*
Justin L. Warren, Esq.

## SERVICE LIST

**ROBERT M. DARROCH ESQ.**
GOODMAN MCGUFFEY, LLP
6751 Professional Parkway West
Suite 103
Sarasota, FL  34240-8449
Email:  rdarroach@gm-llp.com
*Counsel for Defendant*

**ADAM M. BALKAN, ESQ.**
BALKAN & PATTERSON, LLP
1877 S. Federal Highway, Suite 100
Boca Raton, FL  33432
Email: adam@balkanpatterson.com
*Co-Counsel for Plaintiff*